UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 04674
    DAWN C SNODGRASS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3200


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 02/09/2004 and was confirmed 03/25/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.15% from remaining funds.

      The case was paid in full 05/23/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO SERVICING CE | SECURED | 11926.90 | 2040.58 | 11926.90 |
| ROUNDUP FUNDING LLC | UNSECURED OTH | 1162.59 | .00 | 140.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 1935.09 | .00 | 235.04 |
| RESURGENT ACQUISITION LL | UNSECURED | 3048.55 | .00 | 370.28 |
| RESURGENT ACQUISITION LL | UNSECURED | 5842.43 | .00 | 709.62 |
| ECAST SETTLEMENT CORP | UNSECURED | 13948.23 | .00 | 1694.15 |
| WELLS FARGO BANK TEXAS N | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK NEVADA | UNSECURED OTH | 1658.51 | .00 | 202.35 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,322.40 | | 2,322.40 |
| TOM VAUGHN | TRUSTEE | | | 1,134.32 |
| DEBTOR REFUND | REFUND | | | 702.01 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 21,478.01 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 11,926.90 |
|    INTEREST | | 2,040.58 |
| UNSECURED | | 3,351.80 |
| ADMINISTRATIVE | | 2,322.40 |
| TRUSTEE COMPENSATION | | 1,134.32 |
| DEBTOR REFUND | | 702.01 |
| | --------------- | --------------- |
| TOTALS | 21,478.01 | 21,478.01 |


                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 04674 DAWN C SNODGRASS

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
Dated: 08/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE